# EXHIBIT B

US7899479 vs Discord Software

| Claim | Discord Software (The accused instrumentality) |
|---|---|
| 1. A method for sharing presence information, comprising: | The accused instrumentality (e.g., Discord Software) practices a method for sharing presence information (e.g., presence information of the individual team members e.g., Online/Idle/Do Not Disturb/Streaming/Offline, etc.).  https://discordapp.com/ |

## SERVERS: HOW DO THEY WORK?

Most of Discord's text and voice conversation happen within **servers**. Servers act as individual hubs split into two parts: **text channels** and **voice channels**. Think of any server you join as a giant treehouse- each text channel within a server represents another room within your treehouse that you can chat with your friends! You can hop between text channels as quickly as you like, but you can only set up one tin-can voice line at a time- In Discord, you can only be a part of one voice channel at a time.

The column on the very left-hand side of your Discord app is your **server list**. Any time you add a server, you'll see it pop up as a small circular icon in this list, and they'll show up vertically:



Check it out: You can also rearrange your server list by dragging them up and down.

https://support.discordapp.com/hc/en-us/articles/219470277-Getting-Started

Discord has 5 **status icons** that are pretty simple representations of user status. They are as follows:



Green = Online

Bladarty

Yellow = Idle

Blackjack1101

Red = Do Not Disturb

Shuu
Playing **Roadhog**

Purple = Streaming

Blackrobe
Streaming **New Darkest Dun...**

Gray = Offline

Cilantrelle

https://support.discordapp.com/hc/en-us/articles/211374998-What-do-those-colored-dots-next-to-my-avatar-mean-



https://support.discordapp.com/hc/en-us/articles/360035407531-Custom-Status



Normally, you'll automatically switch to idle if you're AFK for a certain amount of time, but you can manually select it in the pop-up menu. Unlike the auto-idle status, manually setting idle will allow you to stay that way indefinitely.

https://support.discordapp.com/hc/en-us/articles/227779547-Changing-Online-Status



https://youtu.be/LDVqruRsYtA?t=332

| | |
|---|---|
| acquiring, by one of a group server, a presence server and a presence information management apparatus connected to the group server and the presence server, group presence information comprising basic group information and presence information of at least one group member in a group provided by the group server; | The accused instrumentality (e.g., Discord Software) practices, acquiring, by one of a group server, a presence server and a presence information management apparatus connected to the group server and the presence server, group presence information comprising basic group information (e.g., Server name i.e., Ark France, number of team members, text channels, voice channels etc.) and presence information (e.g., presence status like Online/Idle/Do Not Disturb/Streaming/Offline etc.) of at least one group member in a group provided by the group server.<br><br>Upon information and belief, the Discord Software stores server information such as server name, membership of a user for particular server and rights user have for the server on a server or module dedicated for such purpose. The Discord Software will then gather individual status information.<br><br>As shown below, the server that houses the individual identity information database can be considered as the presence server, i.e., server storing individual member information like user name & profile.<br><br>As shown below, Discord Software incorporates its own module for storing the presence information of the server members as a server (i.e., a group server) and a presence server storing individual presence information for each of the server members. The Discord Software's server module, i.e., Ark France module (serving as a Group server) combines the group member list and the presence information from the presence server to show presence of the server members i.e., Ark France members. |



https://youtu.be/LDVqruRsYtA?t=332

## SERVERS: HOW DO THEY WORK?

Most of Discord's text and voice conversation happen within **servers**. Servers act as individual hubs split into two parts: **text channels** and **voice channels**. Think of any server you join as a giant treehouse- each text channel within a server represents another room within your treehouse that you can chat with your friends! You can hop between text channels as quickly as you like, but you can only set up one tin- can voice line at a time- In Discord, you can only be a part of one voice channel at a time.

The column on the very left-hand side of your Discord app is your **server list**. Any time you add a server, you'll see it pop up as a small circular icon in this list, and they'll show up vertically:



Check it out: You can also rearrange your server list by dragging them up and down.

https://support.discordapp.com/hc/en-us/articles/219470277-Getting-Started



Discord has 5 **status icons** that are pretty simple representations of user status. They are as follows:

Green = Online

Bladarty

Yellow = Idle

Blackjack1101

Red = Do Not Disturb

Shuu
Playing **Roadhog**

Purple = Streaming

Blackrobe
Streaming **New Darkest Dun…**

Gray = Offline

Cilantrelle

https://support.discordapp.com/hc/en-us/articles/211374998-What-do-those-colored-dots-next-to-my-avatar-mean-



https://support.discordapp.com/hc/en-us/articles/360035407531-Custom-Status

 Idle

Normally, you'll automatically switch to idle if you're AFK for a certain amount of time, but you can manually select it in the pop-up menu. Unlike the auto-idle status, manually setting idle will allow you to stay that way indefinitely.

https://support.discordapp.com/hc/en-us/articles/227779547-Changing-Online-Status

| wherein the basic group information is from the group server and comprises a group attribute, a group member list and a group member attribute, | On information and belief, the accused instrumentality (e.g., Discord Software) utilizes basic group information acquired from the group server (e.g. the Discord Software's server module) that comprises a group attribute (e.g., Server name), a group member list (e.g., list of team members in the server) and a group member attribute (e.g., name of the team members etc.).  https://youtu.be/LDVqruRsYtA?t=332 |

## SERVERS: HOW DO THEY WORK?

Most of Discord's text and voice conversation happen within **servers**. Servers act as individual hubs split into two parts: **text channels** and **voice channels**. Think of any server you join as a giant treehouse- each text channel within a server represents another room within your treehouse that you can chat with your friends! You can hop between text channels as quickly as you like, but you can only set up one tin- can voice line at a time- In Discord, you can only be a part of one voice channel at a time.

The column on the very left-hand side of your Discord app is your **server list**. Any time you add a server, you'll see it pop up as a small circular icon in this list, and they'll show up vertically:



Check it out: You can also rearrange your server list by dragging them up and down.

https://support.discordapp.com/hc/en-us/articles/219470277-Getting-Started

Discord has 5 **status icons** that are pretty simple representations of user status. They are as follows:



Green = Online

Yellow = Idle

Red = Do Not Disturb

Purple = Streaming

Gray = Offline

https://support.discordapp.com/hc/en-us/articles/211374998-What-do-those-colored-dots-next-to-my-avatar-mean-



https://support.discordapp.com/hc/en-us/articles/360035407531-Custom-Status

 Idle

Normally, you'll automatically switch to idle if you're AFK for a certain amount of time, but you can manually select it in the pop-up menu. Unlike the auto-idle status, manually setting idle will allow you to stay that way indefinitely.

https://support.discordapp.com/hc/en-us/articles/227779547-Changing-Online-Status

| | |
|---|---|
| the presence information of at least one group member is from the presence server; and | On information and belief, the accused instrumentality (e.g., Discord Software) utilizes presence information (e.g., presence states like Online/Idle/Do Not Disturb/Streaming/Offline/Customized etc.) of at least one group member (e.g. a Server member in a team messaging group) that is from the presence server.<br><br><br><br>https://youtu.be/LDVqruRsYtA?t=332 |



Discord has 5 **status icons** that are pretty simple representations of user status. They are as follows:

Green = Online

Bladarty

Yellow = Idle

Blackjack1101

Red = Do Not Disturb

Shuu
Playing **Roadhog**

Purple = Streaming

Blackrobe
Streaming **New Darkest Dun...**

Gray = Offline

Cilantrelle

https://support.discordapp.com/hc/en-us/articles/211374998-What-do-those-colored-dots-next-to-my-avatar-mean-



https://support.discordapp.com/hc/en-us/articles/360035407531-Custom-Status

 Idle

Normally, you'll automatically switch to idle if you're AFK for a certain amount of time, but you can manually select it in the pop-up menu. Unlike the auto-idle status, manually setting idle will allow you to stay that way indefinitely.

https://support.discordapp.com/hc/en-us/articles/227779547-Changing-Online-Status

| sending, by the one of the group server, the presence server and the presence information management apparatus, the group presence information to a group member. | On information and belief, the accused instrumentality (e.g., Discord Software) sends, by the one of the group server, the presence server and the presence information management apparatus, the group presence information (e.g. presence information for members of a particular server (e.g., server Ark Furnace)) to a group member.  https://youtu.be/LDVqruRsYtA?t=332 |
|---|---|
| 3. The method of claim 1, wherein the process of acquiring group | On information and belief, the accused instrumentality (e.g., Discord Software) acquires presence information of a group member if the presence information of a group member changes. |

presence
information
comprises:

acquiring
presence
information of a
group member if
the presence
information of a
group member
changes.



https://youtu.be/LDVqruRsYtA?t=332



https://youtu.be/LDVqruRsYtA?t=332