**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KALEASY TECH LLC** | |
| Plaintiff, | Civil Action No. |
| v. | |
| **DISCORD, INC.,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Plaintiff, Kaleasy Tech LLC ("Kaleasy"), states that it is a limited liability company. It does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.


Dated:  December 22, 2019            STAMOULIS & WEINBLATT LLC

*/s/Stamatios Stamoulis*
Stamatios Stamoulis
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com