# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KALEASY TECH LLC,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**DISCORD, INC.,**<br><br>　　　　　　Defendant. | Civil Action No.: 1:19-cv-02333-CFC |

## STIPULATION AND PROPOSED ORDER
## TO EXTEND TIME TO ANSWER THE COMPLAINT

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff KALEASY TECH LLC, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action shall be extended to February 13, 2020.

The reason for this extension is to allow Defendant additional time to investigate the allegations of the Complaint.  The requested extension should not disrupt the schedule in this case, as a Rule 16 conference has not been scheduled in this matter.

Dated: January 13, 2020　　　　　　　　　STAMOULIS & WEINBLATT LLC

　　　　　　　　　　　　　　　　　　　　　/s/Stamatios Stamoulis
　　　　　　　　　　　　　　　　　　　　　Stamatios Stamoulis
　　　　　　　　　　　　　　　　　　　　　800 N. West Street, Third Floor
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　Phone:302-999-1540
　　　　　　　　　　　　　　　　　　　　　Fax:302-762-1688
　　　　　　　　　　　　　　　　　　　　　Email: stamoulis@swdelaw.com
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*


　　　SO ORDERED this ___ day of _____, 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States District Court Judge