## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KALEASY TECH LLC,** | |
| Plaintiff, | |
| v. | Civil Action No.: 1:19-cv-02333-CFC |
| **DISCORD, INC.,** | |
| Defendant. | |

### SECOND STIPULATION AND PROPOSED ORDER
### TO EXTEND TIME TO ANSWER THE COMPLAINT

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff Kaleasy Tech LLC, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action shall be extended to March 16, 2020.

The reason for this extension is to allow Defendant additional time to investigate the allegations of the Complaint.  The requested extension should not disrupt the schedule in this case, as a Rule 16 conference has not been scheduled in this matter.

Dated: February 10, 2020

STAMOULIS & WEINBLATT LLC

*/s/Stamatios Stamoulis*
Stamatios Stamoulis
800 N. West Street, Third Floor
Wilmington, DE 19801
Phone:302-999-1540
Fax:302-762-1688
Email: stamoulis@swdelaw.com
*Attorney for Plaintiff*

SO ORDERED this ___ day of _____, 2020.

_____
United States District Court Judge