**UNITED STATES DISCTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KALEASY TECH LLC,**<br><br>          Plaintiff,<br>  v.<br><br>**DISCORD, INC.,**<br><br>          Defendant. | **C.A. No.: 1:19-cv-02333-CFC** |
| **KALEASY TECH LLC,**<br><br>          Plaintiff,<br>  v.<br><br>**RAKUTEN USA, INC. dba VIBER,**<br><br>          Defendant. | **C.A. No.: 1:19-cv-02331-CFC** |
| **KALEASY TECH LLC,**<br><br>          Plaintiff,<br>  v.<br><br>**RINGCENTRAL, INC.,**<br><br>          Defendant. | **C.A. No.: 1:19-cv-02329-CFC** |
| **KALEASY TECH LLC,**<br><br>          Plaintiff,<br>  v.<br><br>**ZOOM VIDEO COMMUNICATIONS, INC.,**<br><br>          Defendant. | **C.A. No.: 1:19-cv-02332-CFC** |
| **KALEASY TECH LLC,**<br><br>          Plaintiff,<br>  v.<br><br>**SLACK TECHNOLOGIES, INC.,**<br><br>          Defendant. | **C.A. No.: 1:19-cv-02167-CFC** |

| | |
|---|---|
| **KALEASY TECH LLC,**<br><br>              Plaintiff,<br>    v.<br><br>**QUIP LLC,**<br><br>              Defendant. | **C.A. No.: 1:19-cv-02328-CFC** |
| **KALEASY TECH LLC,**<br><br>              Plaintiff,<br>    v.<br><br>**LIVECHAT, INC.,**<br><br>              Defendant. | **C.A. No.: 1:19-cv-02330-CFC** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Andrew S. Curfman of the law firm of Sand, Sebolt & Wernow Co., LPA in Canton, Ohio to represent Kaleasy Tech LLC in these matters.

Dated: February 20, 2020

                                        Stamoulis & Weinblatt LLC

                                        /s/Stamatios Stamoulis_____
                                        Stamatios Stamoulis
                                        800 N. West Street, Third Floor
                                        Wilmington, DE 19801
                                        Phone:  302-999-1540
                                        Fax:     302-762-1688
                                        Email:  stamoulis@swdelaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Andrew S. Curfman of the law firm Sand, Sebolt & Wernow Co., LPA is granted.

Dated: _____    _____
                                                                                                          United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Ohio and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with the Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 09/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office.

Dated: February 20, 2020

*/s/ Andrew S. Curfman*
Andrew S. Curfman (OH Bar No. 0089019)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, OH 44718
Telephone: (330) 244-1174
Facsimile:  (330) 244-1173
andrew.curfman@sswip.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (#4606)