# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**KALEASY TECH LLC,**

       Plaintiff,

v.

**DISCORD, INC.,**

       Defendant.

Civil Action No.: 1:19-cv-02333-CFC

**TRIAL BY JURY DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff Kaleasy Tech LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1), hereby voluntarily dismisses all of the claims asserted against Defendant Discord, Inc. in the within action, WITH PREJUDICE. Discord, Inc. has not served an answer or a motion for summary judgment.

Dated: April 27, 2020

STAMOULIS & WEINBLATT LLC

*/s/Stamatios Stamoulis*
Stamatios Stamoulis
800 N. West Street, Third Floor
Wilmington, DE 19801
Phone: 302-999-1540
Fax: 302-762-1688
Email: stamoulis@swdelaw.com

*Attorney for Plaintiff*

SO ORDERED this ___ day of _____, 2020.

_____
United States District Court Judge